IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGEL NAVARRO,

Plaintiff,

v.

WEXFORD HEALTH SOURCES INC., *et al.*,

Defendants.

Case No. 18-cv-143 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 9/12/2022

MONICA A. STUMP, Clerk of Court

*s/Tina Gray*, Deputy Clerk

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**